Ann K. Chapman, OSB #832833
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

    Of Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 15-33529-rld7 |
| | ) | |
| Tariz M. Siddiqui | ) | MOTION TO WITHDRAW AS |
| Rubina Fasihi, | ) | ATTORNEYS FOR DEBTORS |
| | ) | |
| Debtors. | | |

    Vanden Bos & Chapman, LLP respectfully moves the Court for an order authorizing

it to withdraw as attorneys of record for Tariq Massod Siddiqui and Rubina Fasihi, the

Debtors in the above-captioned bankruptcy case. In support of the same, Vanden Bos &

Chapman, LLP ("Attorneys") represent as follows:

1.    On February 29, 2016, the Debtors terminated Attorneys' representation.

2.    No new attorney is being substituted at this time. The Debtors' most recent known

mailing address is as follows:

        Tariq M. Siddiqui
        Rubina Fasihi
        16098 SW Barrington Pl.
        Tigard, OR 97224

    WHEREFORE, Attorneys respectfully request that the Court enter an order

**Page 1 of 2 -**    MOTION TO WITHDRAW AS ATTORNEYS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 15-33529-rld7    Doc 52    Filed 03/01/16

authorizing Attorneys to withdraw as attorneys of record for the Debtors.

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP


By:/s/Ann K. Chapman
    Ann K. Chapman, OSB #832833
    Of Attorneys for Debtors

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

<u>In re Tariq M. Siddiqui and Rubina Fasihi</u>;
Chapter 7 Bankruptcy Case No. 15-33529-rld7

CERTIFICATE - TRUE COPY

DATE:          March 1, 2016

DOCUMENT:          MOTION TO WITHDRAW AS ATTORNEYS


I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

Tariz M. Siddiqui
Rubina Fasihi
16098 SW Barrington Pl.
Tigard, OR 97224

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: March 1, 2016

VANDEN BOS & CHAPMAN, LLP


By: <u>/s/ Ann K. Chapman</u>
       Ann K. Chapman, OSB #83283
       Of Attorneys for Debtors


**PAGE 1 of 1** - CERTIFICATE OF SERVICE